No. 82–585.  ALOHA AIRLINES, INC. *v.* DIRECTOR OF TAXATION OF HAWAII; and
No. 82–586.  HAWAIIAN AIRLINES, INC. *v.* DIRECTOR OF TAXATION OF HAWAII.  Sup. Ct. Haw.  [Probable jurisdic-

tion noted, 459 U. S. 1101.] Motion of appellee for divided argument denied.